# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    :    Chapter 7
    Timothy Michael McGowan    :
        :    Bankruptcy Case No.: 19-14003ELF
        :

## ORDER

AND NOW, this __9th__ day of __July__, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __July 23__, 2019.

_____
Judge Eric L. Frank