# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  Chapter 7
    Timothy Michael McGowan  :
      :  Bankruptcy Case No.: 19-14003ELF
      :

## ORDER

AND NOW, this __23rd__ day of __July__, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __July 29__, 2019.

No further extensions shall be granted.

_/s/ Eric L. Frank_

**Judge Eric L. Frank**